[No. 57297-1-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LAICHING JULIA SIU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09178-9, Linda Lau, J., entered November 1, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57402-7-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ROBERT STOMBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-15075-9, Laura Gene Middaugh, J., entered December 12, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57571-6-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONOVAN BRENT HARLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00329-7, Steven J. Mura, J., entered December 7, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 57606-2-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04684-4, Michael Heavey, J., entered December 5, 2006. *Affirmed* by unpublished per curiam opinion.